IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02573-RPM-OES

JACK DONITZ, et al.,

Plaintiff(s),

vs.

GENE ROBERT BROWN, JR.,

Defendant(s).

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Date:  August 18, 2005

  This matter comes before the Court on an Unopposed Motion to Withdraw filed by Paul R. Flick on July 14, 2005 .  Finding good cause, the Court hereby grants the Unopposed Motion to Withdraw, and Paul R. Flick is permitted to withdraw as counsel of record for Jack Donitz and Gabriela Donitz.

  Dated at Denver this day of August 22, 2005.

              BY THE COURT:


                s/O. Edward Schlatter
              O. Edward Schlatter
              U.S. Magistrate Judge