IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02573-RPM-OES

JACK DONITZ, et al.,

Plaintiff(s),

vs.

GENE ROBERT BROWN, JR.,

Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Date: September 2, 2005

    Plaintiff Jack Donitz's Unopposed Motion for Extension of Time to File Opposition to Defendant's Motion to Compel [filed September 2, 2005, Document 27-1] is GRANTED to and including September 7, 2005.