IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02573-RPM-OES

JACK DONITZ, et al.,

Plaintiff(s),

vs.

GENE ROBERT BROWN, JR.,

Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Date: September 16, 2005

    Defendant's Unopposed Motion to Hold Motion to Compel in Abeyance to Vacate the Hearing on September 22, 2005 [filed September 15, 2005, Document 31] is GRANTED. The hearing of September 22, 2005, is VACATED. Counsel are directed to file a status report with the Court on or before October 16, 2005.