IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02573-RPM-OES

JACK DONITZ, et al.,

Plaintiff(s),

vs.

GENE ROBERT BROWN, JR.,

Defendant(s).

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Date:  September 28, 2005

The Joint Motion to Modify Case Schedule [Doc. #34, filed 9/26/05] is GRANTED as follows:

1. Plaintiffs shall designate experts and provide reports on or before **October 30, 2005.**

2. Defendant shall designate experts and provide reports on or before **November 30, 2005.**

3. All parties shall designate rebuttal experts and provide reports on or before **December 30, 2005.**

4. All dispositive motions shall be filed on or before **December 30, 2005.**

5. All discovery shall be completed by **February 15, 2006.**

6. The Settlement Conference set for October 18, 2005, is VACATED.

7. The Pretrial Conference set for **November 7, 2005,** at 9:15 a.m. is **CONVERTED** to a **Status Conference.**

8. The Pretrial Conference is RESET to **January 10, 2006, at 9:00 a.m.**