IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02573-RPM-OES

JACK DONITZ, et al.,

Plaintiff(s),

v.

GENE ROBERT BROWN, JR.,

Defendant(s).

MINUTE ORDER

**Entered by O. Edward Schlatter, United States Magistrate Judge, on November 8, 2005.**

Based upon the representations contained in the Unopposed Motion To Hold Motion To Compel In Abeyance, see Docket #31, and the failure of the parties to file a status report with regard to the Motion To Compel on or before October 16, 2005, see Docket #33, the Defendant's Motion To Compel Responses To Supplemental Requests For Production Of Documents [Filed August 17, 2005; Docket #18] is **DENIED** as **MOOT,** and shall be removed from the court's pending docket in this case.