IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02573-RPM-OES

**JACK DONITZ and GABRIELA DONITZ,**

Plaintiffs,

v.

**GENE ROBERT BROWN, JR.,**

Defendant.

## ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE

THIS MATTER COMING to be heard upon the stipulation of the parties;

IT IS HEREBY ORDERED that the Plaintiffs' Complaint against the Defendant be dismissed with prejudice, each party to pay their own costs.

DATED this 17th day of February, 2006.

**BY THE COURT:**

s/Richard P. Matsch

U.S. District Court Judge

po42573.DOC